FILED
06 DEC 12 AM 11: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05CR1538 R |
|---|---|
| Plaintiff, | ORDER DENYING MOTIONS |
| vs. | |
| ALMA ROSA ECHAVARRIA-LOPEZ, | |
| Defendant. | |

Defendant pled guilty to the charge of bringing in illegal aliens without presentation in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), and on December 23, 2005 defendant was sentenced to 21 months custody and 3 years of supervised release. Defendant has recently filed two motions styled "Motion for Speedy Trial or Speedy Disposition" and a motion styled "Motion to Dismiss for Lack Of Prosecution Pursuant to California Penal Code § 3181.5." A review of these motions suggests that defendant mistakenly filed these motions in federal court rather than state court. In any event, defendant has already been tried and convicted. Therefore, her motions for speedy trial and motion to dismiss for lack of prosecution are denied.

**IT IS SO ORDERED.**

DATED: 12/11 ,2006

JOHN S. RHOADES, SR.
United States District Judge

cc: All parties